UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAMAR BROWN, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

DECKERS OUTDOORS CORPORATION,

                Defendant.

No. 23-CV-3596 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 12, 2023, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. The summons and complaint were served on June 23, 2023, and Defendant filed an answer on July 14, 2023. No further activity has taken place on the docket.

The parties shall file their joint letter, as described in the Court's Order dated May 12, 2023, no later than August 28, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 21, 2023
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge