UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAMAR BROWN, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

DECKERS OUTDOORS CORPORATION,

                Defendant.

No. 23-CV-3596 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 12, 2023, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. The summons and complaint were served on June 23, 2023, and Defendant filed an answer on July 14, 2023, but no letter was filed. On August 21, 2023, the Court ordered the parties to file their joint letter by August 28, 2023. No letter has been filed to date.

The parties shall have one more opportunity to file their joint letter by September 22, 2023. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 15, 2023
             New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge